Decided September 5, 2007

ANTHONY LAPENTA *v.* BANK ONE, N.A.

The plaintiff's petition for certification for appeal from the Appellate Court, 101 Conn. App. 730 (AC 27738), is denied.

*Walter A. DeAndrade*, in support of the petition.

*Shelley R. Sadin*, in opposition.

Decided September 5, 2007

PAUL L. MCCULLOUGH *v.* WATERSIDE ASSOCIATES ET AL.

The defendant's petition for certification for appeal from the Appellate Court, 102 Conn. App. 23 (AC 26471), is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Nicole Liguori Micklich*, in support of the petition.

*Paul L. McCullough*, pro se, in opposition.

Decided September 5, 2007